In the Matter of WILLIAM J. McDERMOTT, an Attorney. Respondent.

First Department, January 28, 1938.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On November 17, 1937, the respondent was duly convicted in the Court of General Sessions of the County of New York of the crime of grand larceny in the first degree, which crime is a felony. Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, he, therefore, must be disbarred.

Present — MARTIN, P. J., O'MALLEY, GLENNON, UNTERMYER and DORE, JJ.

Respondent disbarred.